IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>KENDELL LANG, et al.,<br><br>    Defendants,<br><br>FUSION PROPERTIES MANAGEMENT<br>GROUP, INC., d/b/a FUSION FARMS,<br><br>    Garnishee. | Case No. 3:21-MC-00074-FAB |

## WRIT OF CONTINUING GARNISHMENT

GREETINGS TO:    Fusion Properties Management Group, Inc.,
                       d/b/a Fusion Farms
              P.O. Box 103
              Rincon, PR 00677

An application for a Writ of Continuing Garnishment against judgment debtor Kendell Lang has been filed with this Court. A judgment was entered against Kendell Lang in the original amount of $437,812.47, plus interest pursuant to 26 U.S.C § 6621 and 28 U.S.C. § 1961(c) and other statutory additions. On March 12, 2021, the balance was $549,812.39, including accrued interest.

You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control, or possession, any property owned by Kendell Lang, including non-exempt disposable earnings. Also state whether you anticipate paying Kendell Lang any future payments and whether such payments are weekly, biweekly, monthly, or otherwise periodic in nature.

15402349.1

You must file the original copy of your written Answer to this Writ within ten (10) days of your receipt of this Writ by mailing it to the following:

**United States District Court for the District of Puerto Rico**
**Office of the Clerk**
**150 Avenue Carlos Chardon**
**Suite 150**
**San Juan, Puerto Rico 00918**

Additionally, you are required by law to serve a copy of your Answer upon the judgment debtor at:

**Kendell Lang**
**1155 Camino Del Mar**
**#521**
**Camino Del Mar, CA 92014**

and upon the United States at:

**Philip Doyle**
**Trial Attorney, Tax Division**
**United States Department of Justice**
**P.O. Box 310**
**Ben Franklin Station**
**Washington, D.C. 20044**

Under the law, there is property which is exempt from this Writ of Continuing Garnishment. A summary of major exemptions that apply in most circumstances is set forth on the attached List of Exemptions.

Effective immediately upon receipt of this Writ of Continuing Garnishment, you are required to withhold and retain any property in which Kendell Lang has a substantial non-exempt interest. You must continue to withhold and retain any of Kendell Lang's property that is due (or may become due) and that comes into your possession, pending further order of the Court.

Pursuant to 15 U.S.C. § 1674, the Garnishee is prohibited from discharging the judgment debtor from employment by reason of the fact that the judgment debtor's earnings are subject to garnishment for any indebtedness.

If you fail to answer this Writ or withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court to explain your reason for not doing so. If you fail to appear or do appear and fail to show good cause why you failed to comply with this writ, the Court may enter a judgment against you for the value of the Kendell Lang's non-exempt property. The Court may also award a reasonable attorney's fee against you if the Writ is not answered within the time specified and the United States files a petition requiring you to appear.

It is unlawful to pay or deliver to Kendell Lang any item attached by this Writ.

Dated: _____          _____
                                        **Deputy Clerk**
                                        Clerk of Court
                                        District of Puerto Rico

15402349.1