IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:21-MC-00074-FAB |
| KENDELL LANG, et al., | ) |
| Defendants, | ) |
| FUSION PROPERTIES MANAGEMENT GROUP, INC., d/b/a FUSION FARMS, | ) |
| Garnishee. | ) |

**CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT AND INSTRUCTIONS
TO JUDGMENT DEBTOR KENDELL LANG**

To: Kendell Lang
1155 Camino Del Mar, #521
Del Mar, CA 92014

YOU ARE HEREBY NOTIFIED that your property, including your non-exempt earnings, being held by Fusion Properties Management Group, Inc., is being taken by the United States of America, which has a judgment against you in the amount of $437,812.47, plus interest and other statutory additions in *United States v. Kendell Lang, et al.,* Case No. 3:06-cv-02648 (S.D. Cal.); the judgment has been registered in this district under the above-captioned case number.  The judgment is for unpaid personal federal income tax liabilities for the years 1993, 1995, 1999, 2000, 2001, 2002, and 2004, and as representative of Patricia Lang's decedent's estate for 2002 income taxes.

YOU ARE FURTHER NOTIFIED that there are exemptions under the law that may protect some of your property from being taken by the United States if you can show the

15402466.1

exemptions apply. A summary of major exemptions that apply in most circumstances is set forth on the attached List of Exemptions.

You will receive an answer from the Garnishee.  You have a right to file an objection to the Garnishee's answer and ask the Court to return your property to you if you believe the property the United States is taking qualifies under one of the attached exemptions.  Any objection must be filed **in writing within twenty (20) days** after you receive the answer from the Garnishee and must state the grounds for the objection.

YOU ARE ALSO NOTIFIED, if you want a hearing, you must notify the court **within 20 days** after receipt of the answer from the Garnishee.  If the Garnishee does not answer, you must notify the Court within **(20) days of this notice** if you want a hearing.  Any objection or request for a hearing must be made in writing, and either mailed or delivered in person to:

> **United States District Court for the District of Puerto Rico**
> **Office of the Clerk**
> **150 Avenue Carlos Chardon**
> **Suite 150**
> **San Juan, PR 00918**

and reference Civil Action No. 3:21-mc-00074-FAB.  If you wish, you may use the attached document to object or request a hearing.  You must also send a copy of your objection and request for a hearing to the United States at:

> **Philip Doyle**
> **Trial Attorney, Tax Division**
> **U.S. Department of Justice**
> **Ben Franklin Station, P.O. Box 310**
> **Washington, DC 20044**

and to the Garnishee at:

> **Fusion Properties Management Group, Inc.**
>         **d/b/a Fusion Farms**
> **P.O. Box 103**
> **Rincon, PR 00677**

2

The hearing will take place within 10 days after the court receives your request or as soon after that as is practicable.  At the hearing you may explain to the judge why you believe the property is exempt.

If you live outside the federal judicial district in which the Court is located, you may request, not later than twenty **(20) days after you receive this notice,** that this proceeding be transferred by the Court to the federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the Court for the District of Puerto Rico, 150 Avenue Carlos Chardon, Suite 150, San Juan, PR 00918.  You must also send a copy of your request to Philip Doyle, Trial Attorney, Department of Justice, Tax Division, P.O. Box. 310, Ben Franklin Station, Washington, D.C. 20044, to notify the United States of your desire to transfer the proceeding.

Be sure to keep a copy of this notice for your own records.  If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of Court.  The clerk is not permitted to give you legal advice, but can refer you to other sources of information.

Dated: _____     _____

**Deputy Clerk**
Clerk of Court
District of Puerto Rico

15402466.1