IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff<br><br>        v.<br><br>KENDELL LANG, et al.<br>    Defendants,<br><br>FUSION PROPERTIES MANAGEMENT GROUP, INC. d/b/a FUSION FARMS<br><br>    Garnishee | CASE NO.: 3:21-MC-00074-FAB |

## INFORMATIVE MOTION

COMES NOW Garnishee, Fusion Properties Management Group, Inc. (hereinafter "Fusion Farms"), through the undersigned counsel, and respectfully states and informs as follows:

Today, May 24th, 2021, Fusion Farms has notified to the Plaintiff its Answer to Interrogatories and Answer to Request for Production of Documents together with all documents in support of such answers.

**WHEREFORE**, Fusion Farms respectfully requests the Honorable Court to take notice of the above.

**RESPECTFULLY SUBMITTED**.

We hereby certify that, on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

In San Juan, Puerto Rico, this 24th day of May 2021.

        **s/CRISTINA B. MARTÍNEZ GUZMÁN**
        USDC NO. 218710
        Attorney for Garnishee Fusion Properties Management Group, Inc.
        **DM Estudio Legal LLC**
        P.O. BOX 6753
        SAN JUAN, PR  00914
        TEL: (787) 307-5706
        E-MAIL: cmartinezguzman@icloud.com