# Exhibit 3

# Oriental

P.O. Box 195115
San Juan, PR 00919-5115

| | |
|---|---|
| Ultimo estado de cuenta: March 31, 2021 | Pagina 1 de 3 |
| Estado de cuenta correspondiente a: April 30, 2021 | XXXXXX6584 |
| Dias en este ciclo: 30 | ( 41 ) |

Para asistencia llame a:
Servicio al Cliente, 1-800-981-5554

878 MO   41
DBA FUSION FARMS
FUSION PROPERTIES MANAGEMENT GROUP, INC
PO BOX 103
RINCON PR 00677-0103

Oriental Bank
254 Munoz Rivera Ave
Hato Rey PR 00918

*DESCUBRE LOS BENEFICIOS QUE AHORA TE OFRECE TU TARJETA ORIENTAL MASTERCARD. ACCEDE A ORIENTALBANK.COM, EN LA SECCION DE CUENTAS COMERCIALES PARA TU NEGOCIO O LLAMA AL 787.620.7963. DISCOVER NOW THE BENEFITS OF YOUR ORIENTAL MASTERCARD. ACCESS THE COMMERCIAL ACCOUNTS SECTION IN ORIENTALBANK.COM FOR BUSINESS OR CALL 787.620.7963.*

## My Biz Account

| | | | |
|---|---|---|---|
| Numero de cuenta | XXXXXX6584 | Balance inicial | $178,908.28 |
| Anejos | 41 | Total de creditos | 301,001.12 |
| Balance mas bajo | $174,160.52 | Total de debitos | 280,507.35 |
| Balance promedio | $256,614.32 | Balance final | $199,402.05 |

## CHEQUES

| Numero | Fecha | Cantidad | Numero | Fecha | Cantidad |
|---|---|---|---|---|---|
| | 04-16 | 250,010.00 | 118 | 04-12 | 15,000.00 |
| 101 | 04-01 | 244.08 | 119 | 04-19 | 200.00 |
| 101 * | 04-28 | 177.36 | 120 | 04-20 | 414.30 |
| 102 | 04-09 | 325.76 | 152 * | 04-12 | 326.00 |
| 103 | 04-01 | 349.46 | 161 * | 04-15 | 212.32 |
| 103 * | 04-28 | 169.44 | 163 * | 04-27 | 360.16 |
| 104 | 04-01 | 248.00 | 164 | 04-15 | 348.48 |
| 105 | 04-12 | 321.36 | 165 | 04-15 | 367.36 |
| 106 | 04-01 | 600.00 | 168 * | 04-20 | 600.00 |
| 106 * | 04-29 | 388.56 | 169 | 04-27 | 97.76 |
| 107 | 04-01 | 845.86 | 170 | 04-23 | 1,447.30 |
| 107 * | 04-30 | 201.76 | 171 | 04-27 | 194.80 |
| 108 | 04-08 | 1,500.00 | 172 | 04-28 | 400.70 |
| 109 | 04-07 | 84.13 | 173 | 04-20 | 291.76 |
| 110 | 04-12 | 126.16 | 174 | 04-27 | 352.24 |
| 112 * | 04-07 | 199.44 | 175 | 04-26 | 207.76 |
| 113 | 04-09 | 317.76 | 176 | 04-27 | 340.88 |
| 114 | 04-08 | 258.88 | 177 | 04-23 | 600.00 |
| 115 | 04-12 | 202.00 | 179 * | 04-26 | 186.84 |
| 116 | 04-12 | 321.40 | 180 | 04-30 | 131.76 |
| 117 | 04-09 | 627.45 | | | |

* Numero de cheque no consecutivo


GOVERNMENT EXHIBIT
8

DBA FUSION FARMS
April 30, 2021

**DEBITOS**

| Fecha | Descripcion | Debitos |
|-------|-------------|---------|
| | | |

Redacted

| 04-05 | Debito Pre-Autorizado | 295.97 |
| | BARCLAYCARD US CREDITCARD 210405 | |

Redacted

| 04-23 | Debito Pre-Autorizado | 132.85 |
| | BARCLAYCARD US CREDITCARD 210423 | |

Redacted

**CREDITO**

155184   -521900

DBA FUSION FARMS
April 30, 2021

| Fecha | Descripcion | | Creditos |
|-------|-------------|---|----------|
| ( | | | |
| ( | | | |
| c | | Redacted | |
| c | | | |
| 0 | | | |

201104230002225

## BALANCE DIARIO

| Fecha | Cantidad | Fecha | Cantidad | Fecha | Cantidad |
|-------|----------|-------|----------|-------|----------|
| 03-31 | 178,908.28 | 04-12 | 456,558.03 | 04-23 | 202,836.98 |
| 04-01 | 176,528.94 | 04-15 | 455,629.87 | 04-26 | 202,442.38 |
| 04-02 | 176,498.94 | 04-16 | 205,619.87 | 04-27 | 201,096.54 |
| 04-05 | 176,202.97 | 04-19 | 205,419.87 | 04-28 | 200,307.19 |
| 04-07 | 175,919.40 | 04-20 | 204,114.93 | 04-29 | 199,745.57 |
| 04-08 | 174,160.52 | 04-21 | 204,094.12 | 04-30 | 199,402.05 |
| 04-09 | 472,859.55 | 04-22 | 204,032.13 | | |

## CARGOS POR SOBREGIRO/TRANSACCIONES DEVUELTAS

| | |
|---|---|
| Cargos por transacciones devueltas en este ciclo | $0.00 |
| Cargos por transacciones devueltas acumuladas (YTD) | $0.00 |
| Cargos por sobregiro en este ciclo | $0.00 |
| Cargos por sobregiro acumulados (YTD) | $0.00 |

# Oriental

P.O. Box 195115
San Juan, PR 00919-5115

Ultimo estado de cuenta: April 30, 2021
Estado de cuenta correspondiente a: May 31, 2021
Dias en este ciclo: 31

Pagina 1 de 2
XXXXXX6584
( 7)

878 M0   7
DBA FUSION FARMS
FUSION PROPERTIES MANAGEMENT GROUP, INC
PO BOX 103
RINCON PR 00677-0103

Para asistencia llame a:
Servicio al Cliente, 1-800-981-5554

Oriental Bank
254 Munoz Rivera Ave
Hato Rey PR 00918

**My Biz Account**

| | | | |
|---|---|---|---|
| Numero de cuenta | XXXXXX6584 | Balance inicial | $199,402.05 |
| Anejos | 7 | Total de creditos | 5,000.00 |
| Balance mas bajo | $184,277.32 | Total de debitos | 20,129.73 |
| Balance promedio | $187,907.59 | Balance final | $184,272.32 |

**CHEQUES**

| Numero | Fecha | Cantidad | Numero | Fecha | Cantidad |
|---|---|---|---|---|---|
| 102 | 05-05 | 411.20 | 162 * | 05-11 | 50.96 |
| 104 * | 05-06 | 328.48 | 167 * | 05-03 | 6,000.00 |
| 105 | 05-05 | 72.00 | 178 * | 05-06 | 5,000.00 |
| 108 * | 05-11 | 600.00 | * Numero de cheque no consecutivo | | |

**DEBITOS**

| Fecha | Descripcion | Debitos |
|---|---|---|
| ( | | 30.00 |
| ( | | |
| ( | Redacted | |
| 05-10 | ' Debito Pre-Autorizado | 316.94 |
| | BARCLAYCARD US CREDITCARD 210510 | |
| | | 0.10 |
| | Redacted | |
| 05-13 | ' Compra POS | 33.81 |
| | POS PURCHASE TERMINAL 30V39945 EDWARDS FOOD MARKE | |
| | T RINCON PR 05-13-21 4:50 PM XXXXXXXXXXXX8831 | |
| 0 | | 60.60 |
| | Redacted | |

152396  -476911

DBA FUSION FARMS
May 31, 2021

| Fecha | Descripcion | |
|-------|-------------|---|

Redacted

| 05-18 | Debito Pre-Autorizado BARCLAYCARD US CREDITCARD 210518 | 1,901.98 |

Redacted

**CREDITOS**

| Fecha | Descripcion | Creditos |
|-------|-------------|----------|
| 05-13 | Deposit | 5,000.00 |

**BALANCE DIARIO**

| Fecha | Cantidad | Fecha | Cantidad | Fecha | Cantidad |
|-------|----------|-------|----------|-------|----------|
| 04-30 | 199,402.05 | 05-06 | 187,308.30 | 05-14 | 190,554.30 |
| 05-03 | 193,402.05 | 05-10 | 186,991.36 | 05-18 | 188,652.32 |
| 05-04 | 193,372.05 | 05-11 | 186,335.80 | 05-19 | 184,277.32 |
| 05-05 | 192,884.28 | 05-13 | 191,301.99 | 05-31 | 184,272.32 |

**CARGOS POR SOBREGIRO/TRANSACCIONES DEVUELTAS**

| | |
|---|---|
| Cargos por transacciones devueltas en este ciclo | $0.00 |
| Cargos por transacciones devueltas acumuladas (YTD) | $0.00 |
| Cargos por sobregiro en este ciclo | $0.00 |
| Cargos por sobregiro acumulados (YTD) | $0.00 |

152396   -476912



P.O. Box 195115
San Juan, PR 00919-5115

Ultimo estado de cuenta: May 31, 2021
Estado de cuenta correspondiente a: June 30, 2021
Dias en este ciclo: 30

Pagina 1 de 2
XXXXXX6584
( 0)

878 M0
DBA FUSION FARMS
FUSION PROPERTIES MANAGEMENT GROUP, INC
PO BOX 103
RINCON PR 00677-0103

Para asistencia llame a:
Servicio al Cliente, 1-800-981-5554

Oriental Bank
254 Munoz Rivera Ave
Hato Rey PR 00918

**My Biz Account**

| | | | |
|---|---|---|---|
| Numero de cuenta | XXXXXX6584 | Balance inicial | $184,272.32 |
| Balance mas bajo | $172,604.57 | Total de creditos | .00 |
| Balance promedio | $179,113.80 | Total de debitos | 11,672.75 |
| | | Balance final | $172,599.57 |

**DEBITOS**

| Fecha | Descripcion | Debitos |
|---|---|---|
| | | 91.94 |

Redacted

| 06-21 | ' Debito Pre-Autorizado | 622.00 |
| | VENMO PAYMENT 210621 | |
| 06-28 | ' Debito Pre-Autorizado | 5,303.51 |
| | USAA.COM PAYMNT CREDIT CRD 210625 | |
| 06-29 | ' Retiro ATM | 500.00 |
| | CASH WITHDRAWAL TERMINAL S8784114 CARR #2 MAYAGUEZ M | |
| | ALL MAYAGUEZ PR 06-29-21 12:57 PM XXXXXXXXXXXX8831 | |
| 06-29 | ' Debito Pre-Autorizado | 761.44 |
| | VENMO PAYMENT 210629 | |

152074  -519339

DBA FUSION FARMS
June 30, 2021

| Fecha | Descripcion | Debitos |
|-------|-------------|---------|
| ( | | |
| ; | Redacted | |
| ( | | |

**BALANCE DIARIO**

| Fecha | Cantidad | Fecha | Cantidad | Fecha | Cantidad |
|-------|----------|-------|----------|-------|----------|
| 05-31 | 184,272.32 | 06-07 | 179,939.49 | 06-28 | 173,957.95 |
| 06-01 | 180,180.38 | 06-08 | 179,887.49 | 06-29 | 172,696.51 |
| 06-02 | 180,150.38 | 06-14 | 179,883.46 | 06-30 | 172,599.57 |
| 06-04 | 180,131.66 | 06-21 | 179,261.46 | | |

**CARGOS POR SOBREGIRO/TRANSACCIONES DEVUELTAS**

| | |
|---|---|
| Cargos por transacciones devueltas en este ciclo | $0.00 |
| Cargos por transacciones devueltas acumuladas (YTD) | $0.00 |
| Cargos por sobregiro en este ciclo | $0.00 |
| Cargos por sobregiro acumulados (YTD) | $0.00 |

152074   -519340

=

152074  -519341

# Oriental

P.O. Box 195115
San Juan, PR 00919-5115

| | |
|---|---|
| Ultimo estado de cuenta: June 30, 2021 | Pagina 1 de 2 |
| Estado de cuenta correspondiente a: July 31, 2021 | XXXXXX6584 |
| Dias en este ciclo: 31 | ( 1) |

878 M0   1
DBA FUSION FARMS
FUSION PROPERTIES MANAGEMENT GROUP, INC
PO BOX 103
RINCON PR 00677-0103

Para asistencia llame a:
Servicio al Cliente, 1-800-981-5554

Oriental Bank
254 Munoz Rivera Ave
Hato Rey PR 00918

## My Biz Account

| | | | |
|---|---|---|---|
| Numero de cuenta | XXXXXX6584 | Balance inicial | $172,599.57 |
| Anejos | 1 | Total de creditos | 100,000.00 |
| Balance mas bajo | $168,554.81 | Total de debitos | 25,930.73 |
| Balance promedio | $207,613.72 | Balance final | $246,668.84 |

## CHEQUES

| Numero | Fecha | Cantidad | Numero | Fecha | Cantidad |
|---|---|---|---|---|---|
| 2 | Redacted | 20,000.00 | | | |

## DEBITOS

| Fecha | Descripcion | Debitos |
|---|---|---|

Redacted

| Fecha | Descripcion | Debitos |
|---|---|---|
| 07-14 | Debito Pre-Autorizado BARCLAYCARD US CREDITCARD 210714 | 338.23 |
| 07-14 | Debito Pre-Autorizado ADVANCE DEVELOPE ACH 210714 SETUP | 1,672.50 |
| 07-19 | Retiro ATM CASH WITHDRAWAL TERMINAL S8784014 CARR #2 MAYAGUEZ M ALL MAYAGUEZ PR 07-17-21 9:42 AM XXXXXXXXXXXX8831 | 500.00 |
| 07-21 | Debito Pre-Autorizado VENMO PAYMENT 210721 | 639.76 |
| 07-22 | Compra POS POS PURCHASE TERMINAL 30SD0039 FARMACIA RAISA SI RINCON PR 07-21-21 7:14 PM XXXXXXXXXXXX8831 | 34.00 |
| 07-22 | Debito Pre-Autorizado | 41.85 |

Redacted

150181 -501129

DBA FUSION FARMS

July 31, 2021

Pagina 2 de 2
XXXXXX6584

| Fecha | Descripcion | Debitos |
|---|---|---|
| 07-30 | ' Debito Pre-Autorizado | 665.36 |
| | VENMO PAYMENT 210730 | |

( 

Redacted

CREDITOS

| Fecha | Descripcion | Creditos |
|---|---|---|
| 07-10 | ' Denseit | |

Redacted

BALANCE

| Fecha | Cantidad | Fecha | Cantidad | Fecha | Cantidad |
|---|---|---|---|---|---|
| 06-30 | 172,599.57 | 07-14 | 168,554.81 | 07-27 | 247,381.05 |
| 07-01 | 170,599.57 | 07-19 | 268,054.81 | 07-28 | 247,339.20 |
| 07-02 | 170,569.57 | 07-21 | 267,415.05 | 07-30 | 246,673.84 |
| 07-09 | 170,565.54 | 07-22 | 267,381.05 | 07-31 | 246,668.84 |

CARGOS POR SOBREGIRO/TRANSACCIONES DEVUELTAS

| | |
|---|---|
| Cargos por transacciones devueltas en este ciclo | $0.00 |
| Cargos por transacciones devueltas acumuladas (YTD) | $0.00 |
| Cargos por sobregiro en este ciclo | $0.00 |
| Cargos por sobregiro acumulados (YTD) | $0.00 |

# Oriental

P.O. Box 195115
San Juan, PR 00919-5115

| | |
|---|---|
| Ultimo estado de cuenta: July 31, 2021 | Pagina 1 de 2 |
| Estado de cuenta correspondiente a: August 31, 2021 | XXXXXX6584 |
| Dias en este ciclo: 31 | ( 2) |

Para asistencia llame a:
Servicio al Cliente, 1-800-981-5554

878 M0    2
DBA FUSION FARMS
FUSION PROPERTIES MANAGEMENT GROUP, INC
PO BOX 103
RINCON PR 00677-0103

Oriental Bank
254 Munoz Rivera Ave
Hato Rey PR 00918

## My Biz Account

| | | | |
|---|---|---|---|
| Numero de cuenta | XXXXXX6584 | Balance inicial | $246,668.84 |
| Anejos | 2 | Total de creditos | .00 |
| Balance mas bajo | $227,430.86 | Total de debitos | 19,242.98 |
| Balance promedio | $238,277.07 | Balance final | $227,425.86 |

## CHEQUES

| Numero | Fecha | Cantidad | Numero | Fecha | Cantidad |
|---|---|---|---|---|---|
| | | | 361 | 08-12 | 340.00 |
| Redacted | | | | | |

## DEBITOS

| Fecha | Descripcion | Debitos |
|---|---|---|
| | | 91.94 |
| | Redacted | |
| 08-19 | Debito Pre-Autorizado | 60.00 |
| | BARCLAYCARD US CREDITCARD 210819 | |
| 0 | | 45.00 |
| | Redacted | |

148949  -502581

DBA FUSION FARMS
August 31, 2021

**Fecha    Descripcion**

Redacted

08-30    ' Debito Pre-Autorizado
         USAA.COM PAYMNT CREDIT CRD 210827                                    2,753.05

Redacted

**BALANCE**

| Fecha | Cantidad | Fecha | Cantidad | Fecha | Cantidad |
|-------|----------|-------|----------|-------|----------|
| 07-31 | 246,668.84 | 08-10 | 239,871.31 | 08-30 | 227,430.86 |
| 08-02 | 242,076.90 | 08-12 | 239,531.31 | 08-31 | 227,425.86 |
| 08-03 | 240,046.90 | 08-19 | 239,471.31 | | |
| 08-05 | 239,875.34 | 08-27 | 230,426.31 | | |

**CARGOS POR SOBREGIRO/TRANSACCIONES DEVUELTAS**

Cargos por transacciones devueltas en este ciclo                        $0.00
Cargos por transacciones devueltas acumuladas (YTD)                     $0.00
Cargos por sobregiro en este ciclo                                      $0.00
Cargos por sobregiro acumulados (YTD)                                   $0.00



P.O. Box 195115
San Juan, PR 00919-5115

| | |
|---|---|
| Ultimo estado de cuenta: August 31, 2021 | Pagina 1 de 2 |
| Estado de cuenta correspondiente a: September 30, 2021 | XXXXXX6584 |
| Dias en este ciclo: 30 | ( 5) |

878 M0   5
DBA FUSION FARMS
FUSION PROPERTIES MANAGEMENT GROUP, INC
PO BOX 103
RINCON PR 00677-0103

Para asistencia llame a:
Servicio al Cliente, 1-800-981-5554

Oriental Bank
254 Munoz Rivera Ave
Hato Rey PR 00918

**My Biz Account**

| | | | |
|---|---|---|---|
| Numero de cuenta | XXXXXX6584 | Balance inicial | $227,425.86 |
| Anejos | 5 | Total de creditos | .00 |
| Balance mas bajo | $177,710.81 | Total de debitos | 49,720.05 |
| Balance promedio | $216,864.24 | Balance final | $177,705.81 |

**CHEQUES**

| Numero | Fecha | Cantidad | Numero | Fecha | Cantidad |
|---|---|---|---|---|---|
| 263 | 09-02 | 1,572.00 | 266 | 09-28 | 30,000.00 |
| 264 | 09-03 | 3,095.00 | 267 | 09-30 | 2,700.00 |
| 265 | 09-28 | 10,000.00 | | | |

**DEBITOS**

| Fecha | Descripcion | | |
|---|---|---|---|



Redacted

| 09-28 | Debito Pre-Autorizado | 314.02 |
|---|---|---|
| | BARCLAYCARD US CREDITCARD 210928 | |

Redacted

**BALANCE DIARIO**

| Fecha | Cantidad | Fecha | Cantidad | Fecha | Cantidad |
|---|---|---|---|---|---|
| 08-31 | 227,425.86 | 09-03 | 220,728.86 | 09-30 | 177,705.81 |
| 09-01 | 225,425.86 | 09-09 | 220,724.83 | | |
| 09-02 | 223,823.86 | 09-28 | 180,410.81 | | |

148150 -472311

DBA FUSION FARMS
September 30, 2021

**CARGOS POR SOBREGIRO/TRANSACCIONES DEVUELTAS**                                    $0.00
    Cargos por transacciones devueltas en este ciclo                        $0.00
    Cargos por transacciones devueltas acumuladas (YTD)                  $0.00
    Cargos por sobregiro en este ciclo                                  $0.00
    Cargos por sobregiro acumulados (YTD)

148150   -472312