IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff,**<br><br>v.<br><br>KENDELL LANG, *et al.*,<br><br>**Defendants,**<br><br>FUSION PROPERTIES MANAGEMENT GROUP, INC., d/b/a FUSION FARMS,<br><br>**Garnishee.** | **Misc. No.** 21-mc-074 (FAB) |

**JUDGMENT**

In accordance with the Order entered today (Docket No. 72), plaintiff United States is awarded judgment against Garnishee Fusion Properties Management Group, Inc., d/b/a Fusion Farms, pursuant to 28 U.S.C. § 3205(c)(6), in the amount of $11,416.10, for which sum let execution issue.

**IT IS SO ORDERED AND ADJUDGED**.

San Juan, Puerto Rico, February 4, 2022.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE