AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  21-mc-00074-FAB |
| LANG, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Garnishee Fusion Properties Management Group, Inc., d/b/a Fusion Farms                              .

Date:   03/30/2022

/s/ Michael A. Kolcun
*Attorney's signature*

Michael A. Kolcun (Fla. Bar No. 86043)
*Printed name and bar number*

Adams and Reese LLP
100 N. Tampa Street, Suite 4000
Tampa, Florida 33602
*Address*

michael.kolcun@arlaw.com
*E-mail address*

(813) 402-2880
*Telephone number*

(813) 402-2887
*FAX number*