IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:21-MC-00074-FAB |
| KENDELL LANG, et al., | ) ) ) | |
| Defendant. | ) | |

**NOTICE BY UNITED STATES REGARDING**
**STATUS OF CASE**

The United States gives notice as directed by the Court [doc. 136] of the status of settlement negotiations between Fusion Properties Management Group, Inc., ("Fusion Farms") and the United States. The parties have reached a global settlement of their dispute. The settlement calls for Fusion Farms to dismiss its pending appeals. In addition, Fusion Farms is to sell the condominium unit and parking space against which the United States has asserted claims. Upon receipt of a payment from the proceeds of sale – which has not yet taken place -- the United is to release its claims against the property, including moving to dissolve the writ of execution and an ancillary notice of levy in this case, releasing its judgment lien against Fusion Farms in this case, voluntarily dismissing a separate plenary suit, and releasing the cautionary notice in connection with that suit. With respect to the garnishment proceeding, the United States has filed an Unopposed Motion for Final Disposition Order that reflects the parties' agreement.

DAVID A. HUBBERT
Deputy Assistant Attorney General
U.S. Department of Justice, Tax Division

By:     *s/ Philip Doyle*

PHILIP DOYLE
Attorney, Tax Division
U.S. Department of Justice
Post Office Box 310 (Ben Franklin Station)
Washington, DC 20044
Tel: (202) 514-9673; Fax: (202) 514-9477
Email: philip.a.doyle@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that the foregoing Notice by United States Regarding Status of Case was served on July 15, 2022, via First Class mail, postage prepaid, to Kendell Lang, 1155 Camino Del Mar # 521, Del Mar, CA 92014, and by email to kendell.lang@gmail.com., and to counsel of record through the Court's ECF system.

    *s/ Philip Doyle*
PHILIP DOYLE
Attorney, Tax Division